**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-01938-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: December 15, 2010** | **Courtroom Deputy:** Linda Kahoe |

MICHAEL L. WHITESIDE,                                  Elizabeth Lamb Kearney

    Plaintiff,

    v.

THE AMALGAMATED SUGAR COMPANY, LLC,        Amy L. Miletich
                                                                              Catherine Anne Ricca

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       8:33 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Stipulated Motion for Entry of Protective Order, doc #[15], filed 12/7/2010.

Counsel state no objections to the court's modifications.

**ORDERED:**   The Stipulated Motion for Entry of Protective Order, doc #[15], is **GRANTED**.  The court will modify, sign, and enter the Protective Order.

HEARING CONCLUDED.

**Court in recess**:        **8:41 a.m.**
Total time in court:    00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.