IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01938-CMA-CBS

MICHAEL L. WHITESIDE,

    Plaintiff,

v.

THE AMALGAMATED SUGAR COMPANY LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion for Dismissal With Prejudice (Doc. # 38), signed by the attorneys for the parties hereto, it is

ORDERED that this cause of action is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED: September __16__, 2011

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Court Judge